**Opinion issued May 6, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00944-CV

————————————

**MICHAEL D. RIVERA, Appellant**

**V.**

**SPACE CT TOWING LLC, NORTH FREEWAY AUTO STORAGE, AND MEADOWBROOK APARTMENTS, Appellees**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1232433**

---

## MEMORANDUM OPINION

Appellant, Michael D. Rivera, has filed a notice of appeal from the trial court's order signed on October 24, 2024. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On December 23, 2024, the clerk's record was filed, and on December 30, 2024, the court reporter notified the Court that no record was taken in this case. Accordingly, appellant's brief was due to be filed on or before January 29, 2025. *See* TEX. R. APP. P. 38.6(a). Appellant has not filed a brief.

On February 3, 2025, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not respond to the February 3, 2025 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

2